FROM:
US DEPT OF HOMELAND SECURITY
US CITIZENSHIP & IMMIGRATION SVCS
P. O. BOX 670526
HOUSTON, TX 77267-0262

NAME: HESHAM DHOW                    DATE: 4/26/17
A-NUMBER: [REDACTED]   RCPT#: ZHN1700059940   FORM: I-589

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 asylum application was received and is pending as of 4/24/17. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the above address. You will receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Bring to the interview 3 copies of documentary evidence of your relationship to those family members.

TO:
HESHAM DHOW
C/O SALAS LAW FIRM LLC RON SALAS
323 W DRAKE RD STE 116
FORT COLLINS, CO 80526