## AFFIDAVIT OF HESHAM MASOUD AHMED DHOW

I, Hesham Masoud Ahmed Dhow, hereby declare:

1. My name is Hesham Masoud Ahmed Dhow. I was born on ▬ in Zahra, Libya.

2. I reside at 8350 E Yale Ave., Apt. A102, Denver, CO 80231, in the United States of America. I live with my wife, Karima Ali Masoud Shebani, and our three children: ▬

3. My wife and I have lived in the United States since March 2013. My wife and I are seeking asylum in the United States due to ▬. Our children are all U.S. citizens as they were born here.

4. ▬

5. Our application for asylum remains pending since 2017, for nearly eight years now. The prolonged delay in processing my asylum case has profoundly impacted every aspect of my life and my family's future.

6. I come from a large family. My late father, Masoud Ahmed, passed away years ago, leaving behind my mother, Fatima Ahmed Alsori, and my siblings: Fathi Dhow, and Mohammed Dhow (brothers); Noria Dhow, Salma Dhow, Asma Dhow, Hana Dhow, Marwa Dhow, Afaf Dhow, and Hager Dhow (sisters); and my stepmother Zohra Amkary, along with my stepsiblings Sowsen Dhow, Hawa Dhow, Magdi Dhow, Ahmad Dhow, Mohaned Dhow, and Noreddin Dhow.

7. Our children are U.S. citizens and have built their lives here, relying on the stability and safety this country provides.

8. I own United Powerwash Inc., a kitchen exhaust commercial cleaning business located at 8350 East Yale Avenue #A102, Denver, Colorado 80231. I started this business in August 2022 to support my family and establish a secure livelihood.

9. The uncertainty surrounding my legal status has severely impacted my ability to grow and sustain my business. I cannot apply for loans to expand the business, secure a commercial location, purchase new equipment such as trucks and machines, or hire additional workers. Without a green card or permanent residency, financial institutions will not approve my loan applications, leaving me unable to invest in the future of my business.

10. My business heavily relies on contracts with customers and workers. However, due to my pending asylum case, I cannot confidently enter into long-term contracts, as my future in the United States is uncertain. This has caused many of my workers to leave, as I am unable to provide them with contracts or insurance.

11. On average, I have employed two workers at a time, but turnover is frequent due to my inability to provide stability or assurance of long-term employment. This has created significant challenges in maintaining consistent operations.

12. Additionally, I often face questions from customers and service providers about my legal status. Although I avoid disclosing personal information, I cannot approach business negotiations with the confidence needed to secure long-term contracts. This has negatively affected my business reputation and growth.

13. The uncertainty surrounding my immigration status causes immense stress and anxiety. My family and I live in constant fear, unable to make definitive plans for our future.

14. This ongoing stress affects me every hour of every day. I often cannot sleep or eat properly because of the overwhelming fear of what might happen to my family if we are forced to leave the United States.

15. The mental toll of this situation has significantly affected my ability to focus on work and personal responsibilities. Some days, I feel like my efforts are wasted, as I cannot plan for long-term goals while my legal status remains unresolved.

16. My wife and I are deeply concerned about the emotional and psychological toll this uncertainty has on our children. They often ask questions about our future that we cannot answer, which affects their sense of stability and security.

17. My family has already endured significant loss. In 2015, I lost both my father and my brother within the same week. I could not be with my family during that time to grieve or support them. The pain of those losses remains with me and adds to the emotional burden I carry.

18. The prolonged uncertainty has also strained my relationships with friends and family. At home, the pressure has caused tension and conflict. With friends, I find it difficult to maintain connections, as I am consumed by the challenges of our situation.

19. Despite these challenges, I continue to push forward for the sake of my family. However, the mental and emotional strain is unrelenting, and the uncertainty about our future prevents us from building a stable and fulfilling life.

20. I remain dedicated to growing my business and providing for my family. However, without a resolution to our asylum case, my efforts are hindered by the limitations imposed by my legal status.

21. The delay in processing my asylum case has affected us emotionally, professionally, and personally.

22. I respectfully ask for an expedited scheduling of our asylum interview so that we can have a resolution of our case.

I declare under penalty of perjury that the foregoing is true and correct.

_____    Date: 03.05.2025

**Hesham Masoud Ahmed Dhow**