## AFFIDAVIT OF KARIMA ALI MASOUD SHEBANI

I, Karima Ali Masoud Shebani, hereby declare:

1. My name is Karima Ali Masoud Shebani. I was born on ▇▇▇▇▇▇▇, in Gargouza, Libya.

2. I reside at 8350 E Yale Ave., Apt. A102, Denver, CO 80231, in the United States of America. I live with my husband, Hesham Masoud Ahmed Dhow, and our three children: ▇▇▇▇▇▇▇.

3. My husband and I have lived in the United States since March 2013. My husband and I are seeking asylum in the United States due to ▇▇▇▇▇▇▇. Our children are all U.S. citizens as they were born here.

4. ▇▇▇▇▇▇▇

5. Our application for asylum remains pending since 2017, for nearly eight years now. The uncertainty surrounding our immigration status has significantly affected my entire family.

6. My husband and I are deeply committed to creating a stable and safe environment for our family, but the prolonged uncertainty of our asylum process has made this extremely difficult.

7. My husband, Hesham, comes from a large family. His late father, Masoud Ahmed, passed away years ago, leaving behind his mother, Fatima Ahmed Alsori, and his siblings: brothers Fathi Dhow, Mohammed Dhow; sisters Noria Dhow, Salma Dhow, Asma Dhow, Hana Dhow, Marwa Dhow, Afaf Dhow, Hager Dhow; stepsiblings, Sowsen Dhow, Hawa Dhow, Magdi Dhow, Ahmad Dhow, Mohaned Dhow, and Noreddin Dhow; and stepmother Zohra Amkary.

8. My family includes my late father, Ali Shebani Aripy, who passed away in 1988, and my mother, Mariam Alforjani Khamees. My siblings are Najeeb, Khairi, Salah, and Abdullah

Shebani Aripy (brothers), and Naema, Zainab, Lotfia, and Khawla Shebani Aripy (sisters), along with my stepsister Soad Shebani Aripy.

9. Since arriving in the United States, I have been unable to visit my family who live abroad. While my oldest child traveled alone to Tunisia in 2022 to meet my mother, my two younger children have not been able to meet any of their extended family. This separation has caused immense emotional pain, as family bonds are a central part of our culture and identity. My younger children, who are U.S. citizens, cannot travel alone, and the distance has made it impossible for them to form connections with their relatives.

10. My husband lost his father and brother within the same week in 2015. He has not been able to see his mother since then to support her through her grief. The inability to grieve and provide comfort together as a family has been one of the most painful aspects of our situation.

11. We cannot travel to another country to reunite with family due to the restrictions imposed by our pending asylum case.

12. I have dedicated 16 years of my life to my medical career, beginning with medical school and culminating in earning my ECFMG certification. Despite these efforts, I am unable to practice medicine in the United States due to my immigration status.

13. I applied twice to the Denver Health (CO WIP) training program, a 10-month, state-funded program for physicians, but I was excluded because the program only accepts U.S. citizens or green card holders.

14. I also applied to nationwide residency programs in internal and family medicine, spending approximately $3,000 each year on application fees. However, most programs require applicants to have U.S. citizenship or permanent residency.

15. Currently, I work as a lab technician at Peak Clinical Diagnostics, located at 2600 South Parker Road, Suite 2-125, Aurora, Colorado, 80014. I started this position on July 2, 2024, to remain close to the medical field and support my family financially. Although I am grateful for this opportunity, it does not fulfill my dream of practicing medicine.

16. My husband Hesham owns United Powerwash Inc., a kitchen exhaust commercial cleaning business located at 8350 East Yale Avenue #A102, Denver, Colorado 80231. He started the business in August 2022.

17. Hesham's ability to grow his business is directly impacted by his pending asylum case. He cannot secure loans to expand his operations, purchase additional equipment, or hire more workers because his legal status makes him ineligible.

18. Hesham's business depends on building contracts with customers and workers. However, due to the uncertainty of his legal status, he cannot confidently enter into long-term agreements. This has led to the loss of workers and missed business opportunities, putting the business at risk of failure. This instability affects his ability to deliver consistent service and build a reliable workforce.

19. The uncertainty surrounding our legal status has taken a severe emotional toll on our family. I feel immense pressure knowing I cannot provide clear answers to my children about our future. This lack of stability impacts their emotional well-being and the ability of my husband and I to parent effectively.

20. The prolonged stress of our situation has caused tension in my marriage. My husband and I sometimes have differing opinions on how to handle the uncertainty, adding to the emotional strain on our relationship.

21. I feel ashamed when people ask about my immigration status, as I have to explain that my asylum case is still pending. This has affected my confidence and made me hesitant to engage socially.

22. The inability to pursue my medical career has been particularly devastating. I feel depressed knowing that I cannot use my skills to help others or achieve my professional goals.

23. The uncertainty surrounding our asylum case affects every aspect of our lives—emotional, financial, and professional. It prevents us from planning for the future, building financial stability, and maintaining emotional well-being.

24. I respectfully ask for an expedited scheduling of our asylum interview so that we can have a resolution of our case. The uncertainty is unsustainable and continues to take a significant toll on our family's well-being.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 03.05.2025

**Karima Ali Masoud Shebani**